UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81127 CIV-MARRA

WILLIE ANDREWS,
SHERMAN BOSTWICK,
ANTWON BROWN,
DONALD, BROWN,
JOSEPH BROWN III,
MICHAEL MACOMBER,
WINDSOR MATHALIER,
JAMES NANCE,
DOMINGO TORRES AND
BARRY WILLIAMS,

    Plaintiffs,

vs.

HARDRIVES OF DELRAY, INC.,
CRAIG ELMORE, GEORGE ELMORE

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

On April 2, 2013, Plaintiffs, Willie R. Andrews, Sherman Bostwick, Antwon Brown, Donald Brown, Joseph Brown, III, Michael Macomber, Windsor Mathalier, James Nance, Domingo Torres, and Barry Williams (collectively the "Plaintiffs") recovered a judgment against Hardrives of Delray, Inc., Craig Elmore and George Elmore (collectively the "Defendants") in the above action, in the amount of $80,000, with interest at the rate of 0.14% per annum, which judgment is of record as Document Entry 50 in case no. 11-81127-CIV-Marra in the United States District Court for the Southern District of Florida.

The judgment has been paid in full of $80,000.00. Therefore, satisfaction of the judgment is acknowledged to the extent of the above amount, and cancellation by the clerk of the judgment on record to the extent of $80,000.00 is authorized.

Executed in Planation, Florida on May 5, 2013.

_____
James M. Loren, Esq.
E-mail: jloren@lorenlaw.com
Loren Law Group
320 South State Road 7, Suite 300
Plantation, FL 33317
Telephone: (954) 585-4878
*Attorneys for Plaintiffs*

p:\docs\01201\00228\pld\1g56490.docx